UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 2:21–CR–109 |
| RICCO SAINE ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Cynthia R. Wyrick dated November 1, 2022. [Doc. 115]. In her Report and Recommendation, the Magistrate Judge recommends that Defendant Ricco Saine's ("Defendant") Motion to Suppress Oral Statements to Law Enforcement [Doc. 27] be denied in part and granted in part. [*Id.* at 1]. Neither party has filed objections to the recommendation within the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 115] is **ADOPTED** and **APPROVED**. Defendant's Motion to Suppress [Doc. 27] is **GRANTED IN PART** in relation to his statements to Detective Altman and Task Force Officer Slater regarding his rank in the Vice Lords and ownership of the gun found in his truck. The remainder of Defendant's Motion is **DENIED**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE