UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21–CR–109 |
| ) | |
| RICCO SAINE ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Cynthia R. Wyrick dated November 2, 2022. [Doc. 118]. In her Report and Recommendation, the Magistrate Judge recommends that Defendant Ricco Saine's ("Defendant") Motion to Suppress the Fruits of an Unconstitutional Search [Doc. 30] be denied. [*Id.* at 1]. Neither party has filed objections to the recommendation within the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 118] is **ADOPTED** and **APPROVED**. Defendant's Motion to Suppress [Doc. 30] is **DENIED**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE